## Louise Schulenburg, Appellee, v. City of Chicago, Appellant.

### Gen. No. 42,053.

Heard in second division, first district, this court at December term, 1941; opinion filed June 19, 1942. Barnet Hodes, Corporation Counsel, for appellant; James A. Velde, Alphonse Cerza and Barney Fagen, Assistant Corporation Counsel, of counsel; Lloyd T. Bailey and J. T. Kiggins, for appellee; Joseph W. Bailey and Thomas C. Hollywood, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''